394 A.2d 603

**COMMONWEALTH of Pennsylvania**

v.

**Thomas McCANDLESS, Appellant.**

Superior Court of Pennsylvania.

Submitted June 12, 1978.

Decided Dec. 7, 1978.

Arthur L. Gutkin, Philadelphia, for appellant.

Robert B. Lawler, Assistant District Attorney, and Edward G. Rendell, District Attorney, Philadelphia, for Commonwealth, appellee.

Before JACOBS, President Judge, and HOFFMAN, CER-CONE, PRICE, VAN der VOORT, SPAETH and HESTER, JJ.

OPINION

PER CURIAM:

Judgment of sentence affirmed.

PRICE, J., concurs in the result.

HOFFMAN, J., did not participate in the consideration or decision of this case.